**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AIDA BECERRIL,

                Plaintiff,                20 **CIVIL** 10315 (ER)

    -v-                                      **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 8, 2023, notwithstanding that no objections were filed, the Court reviewed Magistrate Judge Jones' thorough and well-reasoned R &R and finds no error, clear or otherwise. Magistrate Judge Jones' recommendations are adopted. The Commissioner of Social Security is granted judgment on the pleadings and the Commissioner's final decision is affirmed; accordingly, the case is closed.

**Dated:**  New York, New York
          March 8, 2023

                                                  **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                          **BY:**          K. Mango

                                                     **Deputy Clerk**